[No. 27955-6-I. Division One. July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELINO CEJA ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06352-2, Patricia H. Aitken, J., entered

February 7, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Kennedy, JJ.